OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1M          $ 00.26⁵
0004279596     DEC 08 2014
MAILED FROM

**12/1/2014**

**BROUSSARD, JOHN GERALD   Tr. Ct. No. 513336-A   WR-32,946-02**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

JOHN GERALD BROUSSARD
TDC # 497206

NOT DELIVERABLE
AS ADDRESSED
RETURN TO SENDER